IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARLON RAYFORD WADE, II,** | : |
| Petitioner, | : |
| | : **CRIMINAL CASE NO. 09-00094-CG** |
| vs. | : |
| | : **CIVIL ACTION NO. 10-00590-CG-B** |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

# JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, be **DENIED**, that a certificate of appealability be **DENIED**.

**DONE and ORDERED** this 13th day of July, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE